# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| PHH VEHICLE MANAGEMENT SERVICES, LLC d/b/a PHH Arval, <br><br> Plaintiff, <br><br> v. <br><br> VERGARA GROUP, LLC d/b/a Nashville Dodge, <br><br> and <br><br> VERGARA INVESTMENTS, LLC d/b/a Nashville Dodge, <br><br> Defendants. | CASE NO. 3:09CV00244 <br> JUDGE NIXON |

## ENTRY OF DEFAULT JUDGMENT

This matter is before the Clerk on Plaintiff PHH Vehicle Management Services, LLC d/b/a PHH Arval's ("PHH") Motion for Entry of Default Judgment against Defendants Vergara Group, LLC d/b/a Nashville Dodge ("Vergara Group") and Vergara Investments, LLC d/b/a Nashville Dodge ("Vergara Investments"), with affidavits in support. Upon review of the same, the Clerk hereby **FINDS** as follows:

1. On March 11, 2009, PHH filed a Complaint against Defendants; and

2. On March 12, 2009, Defendants were properly served with a copy of the Summons and Complaint as evidenced by the March 16, 2009 docket entries (Docket Entry Nos. 8 and 9); and

3. Despite such service of the Summons and Complaint, Defendants have failed to appear, plead or otherwise respond to PHH's Complaint; and

4. In accordance with Fed. R. Civ. P. 55(a), the Clerk of Courts recorded an entry of default against Defendants on April 22, 2009 (Docket Entry No. 12); and

5. Defendants are not infants or incompetent persons; and

6. As a result of Defendants' default, Defendants are liable to PHH on PHH's First, Second and Third Claims for Relief in the total amount of $150,832.00, plus interest from the date of entry of this judgment forward at the statutory rate.

**NOW, THEREFORE**, for good cause shown, it is hereby **ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff PHH Vehicle Management Services, LLC d/b/a PHH Arval ("PHH") and against Defendants Vergara Group, LLC d/b/a Nashville Dodge ("Vergara Group") and Vergara Investments, LLC d/b/a Nashville Dodge ("Vergara Investments"), jointly and severally, in the total amount of $150,832.00, plus interest from the date of entry of this judgment forward at the statutory rate.

This judgment is entered by the Clerk pursuant to Fed Rule Civ. Pro. 55(b)(1).

Date: _____May 21, 2009_____

**s/ Keith Throckmorton**
**U.S. DISTRICT COURT CLERK**